IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS L. BAUER, M.D.** | : | Civil No. 1:15-cv-1092 |
| **Plaintiff,** | : | |
| v. | : | |
| **WELLSPAN MEDICAL GROUP** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff Thomas L. Bauer, M.D.'s motion to amend the complaint (Doc. 51) is **DENIED. IT IS FURTHER ORDERED** that Defendant Wellspan Medical Group's motion for summary judgment (Doc. 25) is **GRANTED** in its entirety. The Clerk of Court is directed to close this case.

                                               s/Sylvia Rambo
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: March 31, 2017